# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| BRIDGETTE GRAY, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:20-cv-00870-DGK |
| vs. | ) ) |
| CITY CHEVROLET LLC, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal, ECF No. 30, this case is DISMISSED WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to any other member of the putative class's claims. Each party to bear his, her, or its own costs.

**IT IS SO ORDERED.**

Date: May 25, 2022

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT